**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 2 WM 2017
:
Respondent :
:
:
:
v. :
:
:
:
HAMEED CAHOON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.